103 So.2d 457

### Justuce M. VAIRIN

v.

**CITY OF NEW ORLEANS, deLesseps S. Morrison, Mayor of the City of New Orleans, and Col. Provosty A. Dayries, Superintendent, Department of Police, City of New Orleans, and Jack, P. F. Gremillion, Atty. Gen., State of Louisiana.**

No. 43543.

May 26, 1958.

Rehearing Denied June 27, 1958.

Alvin J. Liska, City Atty., Beuker F. Amann, Asst. City Atty., New Orleans, for defendants-appellants.

Clem H. Sehrt, Edward J. Boyle, Dudley A. Philips, Jr., Virgil M. Wheeler, Jr., New Orleans, for plaintiff-appellee.

McCALEB, Justice.

This is a companion suit to that of Slicho v. City of New Orleans, 235 La. 305, 103 So.2d 454, and was consolidated therewith for hearing.

For the reasons given in that matter, the judgment appealed from is annulled and set aside; the plea to the jurisdiction of the district court ratione materiae is sustained and the suit is dismissed at plaintiff's costs.

HAWTHORNE, J., takes no part.